IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____x
:
BACARDI & COMPANY LIMITED :
:
and :
:
BACARDI U.S.A., INC., :
:
      *Plaintiffs*, :
:
*v.* :
:
EMPRESA CUBANA EXPORTADORA DE :    Civil Action No. 04 CV 519 (EGS)
ALIMENTOS Y PRODUCTOS VARIOS :
d/b/a/ CUBAEXPORT :
:
and :
:
HAVANA CLUB HOLDING, S.A. d/b/a :
HCH, S.A. :
5 Rue Eugène Ruppert L2453 :
Luxembourg :
Luxembourg :
:
      *Defendants.* :
_____:

**DEFENDANT HAVANA CLUB HOLDING, S.A.'S MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure, defendant Havana Club Holding, S.A., d/b/a HCH S.A. ("HCH") hereby moves to dismiss the Complaint filed by Bacardi & Company, Ltd. and Bacardi USA, Inc. ("Bacardi").

In support of this Motion, HCH relies on the Statement of Points and Authorities, the Declaration of Charles S. Sims with attached Exhibits, and the Local Rule 56.1 Statement submitted herewith.

HCH hereby requests oral argument on this Motion.

Respectfully Submitted,

PROSKAUER ROSE LLP

s/Bruce E. Boyden/s
Bruce E. Boyden, Esq., Bar # 468710
1233 20th St. N.W., Suite 800
Washington, D.C. 20036-2396
Tel.: 202.416.6800
Fax:  202.416.6899

Of Counsel:

Charles S. Sims, Esq.
Jenifer deWolf Paine, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY  10036
Tel: 212.969.3000
Fax: 212.969.2900

1