**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BARCARDI & COMPANY LIMITED, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 04-519 (EGS) ) ) ) ) ) ) ) ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that plaintiffs' motion to stay the case is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **STAYED** pending further order of the Court; and it is

**FURTHER ORDERED** that defendants' partial motions to dismiss are **DENIED without prejudice**; and it is

**FURTHER ORDERED** that plaintiffs' motion for an extension of time to respond is **DENIED** as moot; and it is

**FURTHER ORDERED** that the parties shall jointly file a status report and recommendation for future proceedings by no later than **July 24, 2007.**

SO ORDERED.

Signed:    Emmet G. Sullivan
           United States District Judge
           May 24, 2007