# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BACARDI AND COMPANY LTD., <br><br> and <br><br> BACARDI U.S.A., INC., <br><br> Plaintiffs, <br><br> vs. <br><br> EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT, <br><br> and <br><br> HAVANA CLUB HOLDING S.A., <br><br> Defendants. | No. 04-CV-519 (EGS) |

## JOINT STATUS REPORT AND RECOMMENDATIONS

Pursuant to the Minute Order of this Court dated March 4, 2012 Plaintiffs Bacardi & Company Limited and Bacardi U.S.A., Inc. and Defendants Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a/ Cubaexport ("Cubaexport") and Havana Club Holding, S.A., by their undersigned counsel, hereby jointly file this Joint Status Report and Recommendations.

Pursuant to the December 6, 2006 order of the Director for Trademarks ("Director") of the United States Patent and Trademark Office ("USPTO"), the petition filed by Cubaexport seeking review of the USPTO Post Registration Division's August 3, 2006 Office Action ("the USPTO Petition") remains suspended.

NY01\MarcM\1598337.1

23755086v1

The parties to this action recommend that:

(1) this Court maintain the current stay of proceedings until such time as a final nonappealable decision is rendered in connection with the USPTO Petition, provided that the parties retain the right to move, individually or jointly, before this Court for relief from the current stay prior to that decision;

(2) the parties advise this Court of any change in the status of the USPTO Petition; and

(3) in the absence of any intervening change in the status of the USPTO Petition, the parties advise this Court by April 3, 2013 and every six (6) months thereafter of the status of that petition.

Dated: October 3, 2012                                          Respectfully submitted,

/s/ *Charles Sims*                                                   /s/ *David H. Bernstein*
Benjamin R. Ogletree (D.C. Bar No. 475094)      Colby A. Smith (D.D.C. Bar No. 467266)
PROSKAUER ROSE LLP                              DEBEVOISE & PLIMPTON LLP
1001 Pennsylvania Avenue, N.W.                  555 13th Street, N.W., Suite 1100 East
Suite 400 South                                 Washington, D.C. 20004
Washington, D.C. 20004                          Telephone: (202) 383-8000
Telephone: (202) 416-6800                       Facsimile: (202) 383-8118
Facsimile: (202) 416-6899                       Email: casmith@debevoise.com
Email: bogletree@proskauer.com

Charles S. Sims                                 David H. Bernstein
Jenifer deWolf Paine                            Carl Micarelli
PROSKAUER ROSE LLP                              DEBEVOISE & PLIMPTON LLP
1585 Broadway                                   919 Third Avenue
New York, N.Y. 10036                            New York, N.Y. 10022
Telephone: (212) 969-3000                       Telephone: (212) 909-6000
Facsimile: (212) 969-2900                       Facsimile: (212) 909-6836
Email: csims@proskauer.com                      Email: dhbernstein@debevoise.com
         jpaine@proskauer.com                            cmicarelli@debevoise.com

*Attorneys for Defendant*                       *Attorneys for Defendant Empresa Cubana*
*Havana Club Holding, S.A.*                     *Exportadora de Alimentos y Productos Varios*
                                                *d/b/a Cubaexport*

/s/ *Emily Johnson Henn*
Eugene D. Gulland (D.C. Bar No. 175422)
Oscar M. Garibaldi (D.C. Bar No. 251330)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email: egulland@cov.com
       ogaribaldi@cov.com

Emily Johnson Henn (D.C. Bar No. 417077)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: ehenn@cov.com


/s/ *William R. Golden, Jr.*
William R. Golden, Jr.
Matthew D. Marcotte
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, N.Y. 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: wgolden@kelleydrye.com
       mmarcotte@kelleydrye.com

*Attorneys for Plaintiffs Bacardi and Company Limited and Bacardi U.S.A., Inc.*