# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BACARDI AND COMPANY LTD., | ) |
| and | ) |
| BACARDI U.S.A., INC., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 04-CV-519 (EGS) |
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT, | ) |
| and | ) |
| HAVANA CLUB HOLDING S.A., | ) |
| Defendants. | ) |

**JOINT STATUS REPORT AND RECOMMENDATIONS**

Pursuant to the Minute Order of this Court dated October 5, 2012, Plaintiffs Bacardi & Company Limited and Bacardi U.S.A., Inc. and Defendants Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a/ Cubaexport ("Cubaexport") and Havana Club Holding, S.A., by their undersigned counsel, hereby jointly file this Joint Status Report and Recommendations.

The petition filed by Cubaexport with the Director of the United States Patent and Trademark Office ("USPTO") seeking review of the USPTO Post Registration Division's August 3, 2006 Office Action ("the USPTO Petition") remains pending.

The parties to this action recommend that:

(1) this Court maintain the current stay of proceedings until such time as a final nonappealable decision is rendered in connection with the USPTO Petition, provided that the parties retain the right to move, individually or jointly, before this Court for relief from the current stay prior to that decision;

(2) the parties advise this Court of any change in the status of the USPTO Petition; and

(3) in the absence of any intervening change in the status of the USPTO Petition, the parties advise this Court by October 3, 2013 and every six (6) months thereafter of the status of that petition.

Dated: April 2, 2013                                        Respectfully submitted,

| | |
|---|---|
| /s/ Charles S. Sims | /s/ Colby A. Smith |
| Charles S. Sims (N.Y. Bar Reg. No. 1535640) | Colby A. Smith (D.C. Bar No. 467266) |
| Jenifer deWolf Paine | DEBEVOISE & PLIMPTON LLP |
| PROSKAUER ROSE LLP | 555 13th Street, N.W., Suite 1100 East |
| 1585 Broadway | Washington, D.C.  20004 |
| New York, N.Y. 10036 | Telephone: (202) 383-8000 |
| Telephone: (212) 969-3000 | Facsimile: (202) 383-8118 |
| Facsimile: (212) 969-2900 | Email:  casmith@debevoise.com |
| Email:  csims@proskauer.com | |
|         jpaine@proskauer.com | David H. Bernstein |
| | Carl Micarelli |
| Benjamin R. Ogletree (D.C. Bar No. 475094) | DEBEVOISE & PLIMPTON LLP |
| PROSKAUER ROSE LLP | 919 Third Avenue |
| 1001 Pennsylvania Avenue, N.W. | New York, N.Y. 10022 |
| Suite 400 South | Telephone: (212) 909-6000 |
| Washington, D.C. 20004 | Facsimile: (212) 909-6836 |
| Telephone: (202) 416-6800 | Email:  dhbernstein@debevoise.com |
| Facsimile: (202) 416-6899 |         cmicarelli@debevoise.com |
| Email:  bogletree@proskauer.com | |
| | *Attorneys for Defendant Empresa Cubana* |
| *Attorneys for Defendant* | *Exportadora de Alimentos y Productos* |
| *Havana Club Holding, S.A.* | *Varios d/b/a Cubaexport* |

<div style="margin-left: 50%;">

/s/ Eugene D. Gulland
Eugene D. Gulland (D.C. Bar No. 175422)
Oscar M. Garibaldi (D.C. Bar No. 251330)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
Email:  egulland@cov.com
            ogaribaldi@cov.com

Emily Johnson Henn (D.C. Bar No. 417077)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California  94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email:  ehenn@cov.com

William R. Golden, Jr.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, N.Y. 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email:  wgolden@kelleydrye.com

*Attorneys for Plaintiffs Bacardi and Company Limited and Bacardi U.S.A., Inc.*

</div>