# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BACARDI AND COMPANY LTD., | ) |
| and | ) |
| BACARDI U.S.A., INC., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 04-CV-519 (EGS) |
| EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT, | ) |
| and | ) |
| HAVANA CLUB HOLDING S.A., | ) |
| Defendants. | ) |

## STATUS REPORT OF DEFENDANT CUBAEXPORT
## REGARDING CHANGE IN STATUS OF USPTO PETITION

Pursuant to the Minute Order of this Court dated October 5, 2012, Defendant Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a Cubaexport ("Cubaexport"), by its undersigned counsel, hereby notifies the Court of a change in the status of the petition that was filed by Cubaexport with the Director of the United States Patent and Trademark Office ("USPTO") seeking review of the USPTO Post Registration Division's August 3, 2006 Office Action.

On January 13, 2016, the Commissioner of Trademarks, acting on authority delegated by the USPTO Director, granted Cubaexport's petition and accepted the renewal of the trademark registration that was the subject of the petition.

Cubaexport respectfully suggests that counsel for all the parties should confer in an effort to reach agreement regarding a schedule for further proceedings in this action and should report back to this Court with a joint proposal, or with separate proposals if they cannot agree on a joint proposal, by February 15, 2016.

Dated: January 14, 2016                    Respectfully submitted,

/s/ Colby A. Smith
Colby A. Smith (D.C. Bar No. 467266)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Ave. N.W., Suite 500
Washington, D.C. 20004
Telephone: (202) 383-8000
Facsimile:  (202) 383-8118
Email:  casmith@debevoise.com

David H. Bernstein
Carl Micarelli
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, N.Y. 10022
Telephone: (212) 909-6000
Facsimile:  (212) 909-6836
Email:  dhbernstein@debevoise.com
            cmicarelli@debevoise.com

*Attorneys for Defendant Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a Cubaexport*