UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BACARDI & COMPANY LIMITED, )<br>)<br>and )<br>)<br>BACARDI U.S.A., INC., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>EMPRESA CUBANA EXPORTADORA )<br>DE ALIMENTOS Y PRODUCTOS VARIOS )<br>d/b/a CUBAEXPORT, )<br>)<br>and )<br>)<br>HAVANA CLUB HOLDING, S.A., )<br>d/b/a HCH, S.A., )<br>)<br>    Defendants. ) | **FILED**<br>MAR 17 2016<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia<br><br>Case No. 1:04-cv-00519 (EGS) |

**ORDER**

1. The stay ordered by the Court on May 24, 2007, is lifted, and the Clerk's Office is directed to administratively reopen this matter.

2. Plaintiffs are granted leave to amend their complaint. If Plaintiffs choose to amend their complaint, they shall serve and file their amended complaint no later than March 11, 2016.

3. No later than March 25, 2016, the parties shall confer and report back to the Court with a proposal for a schedule for further proceedings in this case, including the time for Defendants to answer or move in response to the amended complaint (if the complaint is amended), a schedule for any remaining discovery that the parties may consider appropriate in the circumstances, and a briefing schedule for a renewed motion by Defendants directed to the

original or amended complaint (if Defendants intend to file such a motion). The parties shall endeavor to reach agreement on a joint proposal, but if they are unable to reach agreement, they may submit separate proposals.

4.  The agreed Protective Order approved by the Court on August 26, 2005, is amended by adding to Paragraph 5(a) the words "Debevoise & Plimpton LLP," immediately after the words "shall mean attorneys at".

SO ORDERED this 16th day of March, 2016.

Hon. Emmet G. Sullivan, U.S.D.J.