IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BACARDI & COMPANY LIMITED,<br>and<br>BACARDI U.S.A., INC.,<br>　　　　　　　　Plaintiffs,<br>　　v.<br>EMPRESA CUBANA EXPORTADORA<br>DE ALIMENTOS Y PRODUCTOS VARIOS<br>d/b/a CUBAEXPORT,<br>and<br>HAVANA CLUB HOLDING, S.A.,<br>d/b/a HCH, S.A.,<br>　　　　　　　　Defendants. | Case No. 1:04-cv-00519 (EGS) |

### DECLARATION OF CHARLES W. BAXTER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

### PUBLIC REDACTED COPY

I, Charles W. Baxter, declare as follows:

I am associated with the firm of Debevoise & Plimpton LLP, attorneys for defendants in this action. I am a member of the Bar of the State of New York. I make this declaration in support of Defendants' Motion for Partial Summary Judgment:

1.　　Attached as Exhibit 1 is a true and correct copy of the stipulated Undisputed Facts appended to the parties' Joint Pretrial Order submitted in *Galleon*.

2.　　Attached as Exhibit 2 is a true and correct copy of excerpts of the transcript of the *Galleon* trial.

3. Attached as Exhibit 3 is a true and correct copy of excerpts of the transcript of the January 20, 1998 deposition of Gloria Marquez Arechabala.

4. Attached as Exhibit 4 is a true and correct copy of excerpts of the transcript of the February 5, 1998 deposition of Jose Miguel Arechabala, which was previously designated for confidential treatment by plaintiff.

5. Attached as Exhibit 5 is a true and correct copy of excerpts of the transcript of the January 28 & 29, 1998 deposition of Ramon Arechabala, which was previously designated for confidential treatment by plaintiff.

6. Attached as Exhibit 6 is a true and correct copy of Registration No. 324,385 issued to José Arechabala S.A. on May 14, 1935 and expired on May 14, 1955.

7. Attached as Exhibit 7 is a true and correct copy of Registration No. 335,919 issued to José Arechabala S.A. on June 16, 1936 and expired on June 16, 1956.

8. Attached as Exhibit 8 is a true and correct copy of Registration No. 632,828 issued to José Arechabala S.A. on August 14, 1956 and cancelled on August 14, 1962.

9. Attached as Exhibits 9 is a true and correct copy of Registration No. 578,679 issued to José Arechabala S.A. on August 11, 1953 and expired on August 11, 1973.

10. Attached as Exhibits 10 is a true and correct copy of Registration No. 578,680 issued to José Arechabala S.A. on August 11, 1953 and expired on August 11, 1973.

11. Attached as Exhibit 11 is a true and correct copy of Cuban Law No. 890, dated October 13, 1960, together with an English translation made of record in *Galleon*.

12. Attached as Exhibit 12 is a true and correct copy of Registration No. 310,654 issued to Compañia Ron Bacardi, S.A. on March 6, 1934, presently subsisting and owned by Bacardi & Company Limited.

13. Attached as Exhibit 13 is a true and correct copy of a Convocation to the Special General Meeting of Stockholders in José Arechabala, S.A. on April 16 & 17, 1997, together with an English translation made of record in *Galleon*.

14. Attached as Exhibit 14 is a true and correct copy of Minutes of a Special Shareholders Meeting dated February 25, 1997, together with an English translation made of record in *Galleon*.

15. Attached as Exhibit 15 is a true and correct copy of a letter dated February 20, 1974, from Orfilio Pelaez to Ramon Arechabala.

16. Attached as Exhibit 16 is a true and correct copy of the file wrapper for Trademark Application Serial No. 73/023,981 resulting in Registration No. 1,031,651 and containing Cuban Registration No. 110,353, together with an English translation made of record in *Galleon*.

17. Attached as Exhibits 17 is a true and correct copy of Registration No. 1,031,651 issued to Empresa Cubana Exportadora de Alimentos y Productos Varios ("Cubaexport") on January 27, 1976.

18. Attached as Exhibit 18 is a true and correct copy of Anexo No. 13 to the Convenio Asociativo between Havana Rum and Liquors, S.A., Corporacion Cuba Ron, S.A. and Pernod Ricard, S.A. dated November 22, 1993.

19. Attached as Exhibit 19 is a true and correct copy of Chart of Sales of HAVANA CLUB rum from 1984 to 1998, including sales in Cuba.

20. Attached as Exhibit 20 is a true and correct copy of a letter dated December 14, 1993 from Ramon Arechabala to Patrick Ricard.

21. Attached as Exhibit 21 is a true and correct copy of Petition in Trademark Trial and Appeal Board Cancellation Proceeding No. 92022881 dated May 3, 1994.

22. Attached as Exhibit 22 is a true and correct copy of Trademark Application Serial No. 74/572,667, dated September 12, 1994.

23. Attached as Exhibit 23 is a true and correct copy of Petition in Trademark Trial and Appeal Board Cancellation Proceeding No. 92024108 dated July 12, 1995.

24. Attached as Exhibit 24 is a true and correct copy of the Agreement on the Purchase and Sale of Intellectual Property and Rights and Claims Concerning Thereto between Jose Arechabala International Ltd. and Bacardi & Company Limited dated April 18, 1997.

25. Attached as Exhibit 25 is a true and correct copy of the Complaint in *Galleon* dated December 23, 1996.

26. Attached as Exhibit 26 is a true and correct copy of the Answer, Affirmative Defenses and Counterclaims to First Amended Complaint in *Galleon* dated October 17, 1997.

27. Attached as Exhibit 27 is a true and correct copy of Plaintiffs' Summary of Contents of Voluminous Writings Pursuant to Federal Rule of Evidence 1006 dated December 28, 1998 and submitted without objection as a trial exhibit in the parties' Joint Pretrial Order in Galleon.

28. Attached as Exhibit 28 is a true and correct copy of a Notice of Revocation issued by the Office of Foreign Assets Control on April 17, 1997.

29. Attached as Exhibit 29 is a true and correct copy of the Trademark Trial and Appeal Board Decision dismissing Cancellation Proceeding No. 92022881, dated October 19, 1995.

30. Attached as Exhibit 30 is a true and correct copy of the Agreement on the Purchase and Sale of Intellectual Property and Rights and Claims Concerning Thereto By and Between Jose Arechabala S.A. (In Liquidation), Certain Holders of Direct or Indirect Beneficial Interests in the Same, and Jose Arechabala International Ltd. dated April 18, 1997, omitting the handwritten notes at pages BAC 01004 and BAC 01005 of Schedule 2.1(a) thereof.

31. Attached as Exhibit 31 is a true and correct copy of an Order dated June 25, 1999 granting a motion to amend the April 13, 1999 Opinion and Order in *Galleon*.

32. I have reviewed the record in *Havana Club Holding, S.A. et al. vs. Galleon, S.A., et al.*, No. 96 Civ. 9655 (SAS) (S.D.N.Y.) ("*Galleon*"), and in that case, six José Arechabala S.A. shareholders appeared as witnesses for eight days of deposition testimony in Spain and the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2016

_____
Charles W. Baxter