# Exhibit 3

Page 1

```
            UNITED STATES DISTRICT COURT

            SOUTHERN DISTRICT OF NEW YORK

----------------------------------x
HAVANA CLUB HOLDING, S.A. AND      :
HAVANA CLUB INTERNATIONAL, S.A.,   :
          Plaintiffs,              :
                                   : Case Number
            vs.                    : 96CIV9655
                                   :
GALLEON, S.A., BACARDI-MARTINI,    :
U.S.A., INC., GALLO WINE           :
DISTRIBUTORS, INC., G.W.D.         :
HOLDINGS, INC. AND PREMIER         :
WINE AND SPIRITS,                  :
          Defendants.              :
----------------------------------x
```

                    Alexandria, Virginia

                    Tuesday, January 20, 1998

     Deposition of:

        GLORIA MARQUEZ ARECHABALA MISTO

a witness of lawful age, taken on behalf of the

Plaintiffs in the above-entitled action, before

Kathryn L. Lilly, a verbatim reporter and notary

public in and for the Commonwealth of Virginia,

taken at Zwerling & Kemler, 108 North Alfred

Street, Alexandria, Virginia 22320, commencing at

9:50 a.m., January 20, 1998, when were present on

behalf of the respective parties:

```
 1   APPEARANCES:

 2   On Behalf of the Plaintiffs:

 3   MICHAEL LEE HERTZBERG, ESQUIRE
     740 Broadway, Fifth Floor
 4   New York, New York 10003
     (212) 982-9870
 5


 6   ANDREW J. FIELDS, ESQUIRE
     Rabinowitz, Boudin, Standard,
 7   Krinsky & Lieberman, P.C.
     7400 Broadway at Astor Place
 8   New York, New York 10003
     (212) 254-1111
 9

10   On Behalf of the Defendants:

11   WILLIAM R. GOLDEN, JR., ESQUIRE
     Kelley Drye & Warren, L.L.P.
12   101 Park Avenue
     New York, New York 10178
13   (212) 808-7992

14

15   Also Present:

16   Andres Arango

17

18                 C O N T E N T S

19   EXAMINATION BY:                            PAGE

20

21   COUNSEL FOR PLAINTIFFS                     4, 184

22   COUNSEL FOR DEFENDANTS                       171

23
```

1      Q     What kind of law did he practice?
2      A     Common and civil law, he teaches
3   common and civil law in Puerto Rico.
4      Q     Did he maintain an office in
5   Varadero?
6      A     No, we moved to Havana.
7      Q     When did you move to Havana?
8      A     I moved to Havana when I married in
9   1953.
10     Q     Did your husband maintain an office
11  in Havana?
12     A     Yes, one of the famous ones.
13     Q     In the course of his practice of law
14  did he have any involvement in representing
15  members of your family on business matters?
16     A     No.  She have in the list to
17  consulting him, but never represented special
18  one, was in the list of the people.  She give him
19  one share to represent, but I cannot recall it,
20  what exactly what she get, but never represent
21  any one.  She was like advisor.
22     Q     When you say she gave him one share,
23  who are you referring to?

```
 1            A     He.
 2            Q     He got one share?
 3            A     Yeah, my grandmother.
 4            Q     One share of stock in --
 5            A     In the business.
 6            Q     Is that business Jose Arechabala
 7    S.A.?
 8            A     Yes.
 9            Q     That was a company that was family
10    owned in Cuba?
11            A     Yes, was family owned.
12            Q     What businesses did Jose Arechabala
13    S.A. conduct?
14            A     That is not what the question I
15    coming here, but if you ask me I need to answer
16    for the court.  It's irrelevant, this question.
17            Q     Could you answer the question?
18            A     The family have alcohol, sugar
19    mills, a lot of things, liquors, different
20    things, alcohol.
21            Q     Sugar refinery?
22            A     Yes.
23            Q     Was that part of Jose Arechabala
```

 1   S.A.?
 2           A    It all was.
 3           Q    What about Compania Azucarera
 4   Progreso, S.A., was that another family owned
 5   business?
 6           A    Progreso is a sugar mill.
 7           Q    When you refer to your grandmother
 8   having given a share to your husband, was that
 9   your grandmother, Carmen?
10           A    Yes.
11           Q    Could you say her full name for the
12   record?
13           A    Carmen Arechabala Hurtado de
14   Mendoza.
15           Q    Do you know when she gave that
16   share?
17           A    One of the meetings for the thing
18   she get one share, but I don't know what is a
19   share.  I never have in my hands.
20           Q    When you said that your husband, if
21   I understood you, he did give advice although not
22   in an official capacity?
23           A    For meetings.

```
 1          Q    What kind of meetings did he give
 2   advice?
 3          A    I no was there, not remember to tell
 4   me what it was.
 5          Q    Did your husband maintain documents
 6   in his law office that pertained to family
 7   businesses?
 8          A    It is in Cuba.  I don't recall.
 9          Q    Do you know whether he maintained
10   any such documents at home?
11          A    No, never come home.
12          Q    When did your first husband die?
13          A    1969.
14          Q    What was the name of your mother?
15          A    Ignacia Gloria Arechabala.
16          Q    When was your mother born?
17          A    April 14, 1906.
18          Q    Where was she born?
19          A    Cardenas, Cuba.
20          Q    Did she have an occupation?
21          A    No, housewife.
22          Q    How long did she live in Cuba?
23          A    She moved to Spain, and it was after
```

1    Q    When Jose Maria visited you was
2  there any discussion --
3    A    No.
4    Q    -- that you heard or that you
5  participated in regarding family business?
6    A    No. Nobody was talking about family
7  business because my mother was really ill in the
8  time. My mother for 12 years live in a
9  wheelchair. She had cancer and broken hip and
10  not walking.
11    Q    Did you ever discuss business with
12  Maria Victoria's mother?
13    A    With Carmena? No. Carmena was rich
14  too. Her father used to own business in Spain.
15  We love because I live with my grandmother and
16  she live with my grandmother too. And she was a
17  little kid at 14 or 15 years, you don't discuss
18  business.
19    Q    What businesses was Jose Maria
20  involved in in Spain?
21    A    I don't know now.
22    Q    When you were with Jose Rodrigo when
23  he visited did you ever discuss anything about

1  the businesses that the family once ran in Cuba?
2      A   No.  He came only for the business,
3  spend the night in the hotel because my house, it
4  was full at the time.
5      Q   Are there any members of your family
6  in Spain who you are in regular contact with on
7  the telephone?
8      A   No.  I talk once in a while with the
9  sister of Jose Miguel called Maria Catalina
10 Arechabala and Josefa, the same age of myself,
11 the sister of Jose Miguel.  I say hi, how you
12 doing, happy birthday, because I was raised with
13 Jose Miguel.  We altogether with my grandmother.
14     Q   Are you aware of any actions that
15 were taken by members of the Arechabala family to
16 protest the export by Cubans or Cuban entities of
17 rum under the Havana Club trademark?
18         MR. GOLDEN:  Objection.
19         THE WITNESS:  No.
20 BY MR. HERTZBERG:
21     Q   Have you ever received any money
22 from any of the family businesses after 1960?
23     A   No.

1         Q    Have you been sent any money by
2   family members from Spain?
3         A    No.
4         Q    Do you know whether your grandmother
5   received any moneys from family businesses after
6   1960?
7         A    I don't think so.
8         Q    You have no knowledge one way or the
9   other?
10        A    No knowledge.
11        Q    Do you know whether your mother
12  received any money from any of the family
13  businesses after 1960?
14        A    No.
15        Q    I think you testified that you were
16  aware that Jose Maria Arechabala Rodrigo made an
17  application for the trademark Havana Club?
18        A    I no see the application.  I see the
19  copy you have there of the trademark.  You can
20  see in the paper I send you.
21        Q    So you saw a document?
22        A    A document.
23        Q    Did you see that in the patent and