# Exhibit 12

Registered Mar. 6, 1934            Trade-Mark 310,654

# UNITED STATES PATENT OFFICE

Compañia Ron Bacardi, S. A., Santiago de Cuba, Cuba

Act of February 20, 1905

Application November 13, 1933, Serial No. 343,592

# BACARDI

## STATEMENT

*To the Commissioner of Patents:*

Compañia Ron Bacardi, S. A., a company duly organized under the laws of the Republic of Cuba, and located at Santiago de Cuba, Cuba, and doing business at Aguilera baja 32, Santiago de Cuba, Cuba, has adopted and used the trade-mark shown in the accompanying drawing, for RUM, in Class 49, Distilled alcoholic liquors, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905. The trade-mark has been continuously used and applied to said goods in applicant's business since 1862. The trade-mark is applied or affixed to the bottles or to the boxes containing the same, by means of labels having the mark printed thereon.

The mark has been in actual use as a trade-mark by the applicant and applicant's predecessors from whom title was derived for ten years next preceding February 20, 1905, and such use has been exclusive.

Applicant is the owner of international registration Nos. 172, dated June 29, 1920; 176, dated June 29, 1920; 503, dated June 30, 1921; and U. S. registrations Nos. 284,228 dated June 16, 1931; 284,227 dated June 16, 1931; 302,916 dated May 2, 1933; 302,976 dated May 2, 1933; 284,226 dated June 16, 1931; 284,225 dated June 16, 1931; 284,224 dated June 16, 1931; and 285,308 dated July 21, 1931, and 20,172 dated September 29, 1891.

Said trade-mark has been registered in the Republic of Cuba, No. 30,513 April 30, 1929.

John Imirie, whose postal address is Munsey Building, Washington, D. C., is designated as applicant's representative on whom process or notice of proceedings affecting the right to ownership of said trade-mark brought under the laws of the United States may be served.

The undersigned hereby appoints John Imirie, whose postal address is Munsey Building, Washington, D. C., its attorney, to prosecute this application for registration, with full powers of substitution and revocation, and to make alterations and amendments therein, to receive the certificate, and to transact all business in the Patent Office connected therewith.

      COMPAÑIA RON BACARDI, S. A.,
    By LUIS J. BACARDI,
              *Vice-President.*