# Exhibit 14



NOTARIA DE LUCAS Y CADENAS
N.I.F.: E-81618355
C/ Miguel Angel, 13 - 2º
Tel.: 308 46 11 - Fax: 308 47 38
28010 - MADRID

ES COPIA SIMPLE

---ACTA DE PRESENCIA---

NUMERO: DOSCIENTOS VEINTINUEVE.------------

EN MADRID, mi residencia, a veinticinco de Febrero de mil novecientos noventa y siete.---------

'Ante mi, JAVIER DE LUCAS Y CADENAS, Notario de esta Capital y de su Ilustre Colegio.----------

----------COMPARECE:----------

DON JOSE-MARIA ARECHABALA ARECHABALA, mayor de edad, de nacionalidad cubana, separado legalmente, Industrial y vecino de Madrid, con domicilio en Plaza de San Juan de la Cruz 1; titular de tarjeta de autorización de residencia numero 0-0104565-F, expedida en Madrid, por la Jefatura Superior de Policía y vigente.------------

INTERVIENE en calidad de Primer Vicepresidente del Consejo de Administración, según manifiesta, de la Sociedad de nacionalidad cubana "JOSE ARECHABA-LA, S.A." Y Presidente del Consejo de Administración de la tambien Sociedad de nacionalidad cubana, "COMPAÑIA AZUCARERA PROGRESO, S.A.".------------

En tal concepto, tiene, a mi juicio, interés



PLAINTIFF'S EXHIBIT 274

legítimo para formalizar la presente ACTA DE PRESEN-
CIA, y a tal efecto,————————————————————

————————————————EXPONE:————————————————

I.- Que los cargos que alega de las citadas
Sociedades de nacionalidad cubana derivan de su
legítimo nombramiento por las Juntas Generales de
ámbas sociedades con anterioridad a su expropiación
por el régimen castrista.————————————————————

II.- Que en su expresada calidad ha procedido a
comvocar por diversos medios a los accionistas de las
Compañías antes mencionadas a una reunión a celebrar
en Madrid por la doble circunstancia de la situación
política que se sigue viviendo en Cuba y por el hecho
de que sea en España donde viven en la actualidad la
mayor parte de los legítimos socios de dichas socie-
dades.————————————————————————————————

III.- Que a tal efecto, ————————————————————

————————————————ME REQUIERE————————————————

a mi, el Notario, para que me persone en la Plaza de
San Juan de la Cruz, 1 de esta Capital, y haga
constar únicamente a los efectos de su acreditamien-
to, el resultado de los acuerdos adoptados por las
Juntas Generales Extraordinarias de las referidas
Sociedades.————————————————————————————————

Dichas Juntas se celebrarán, ambas, en el día de

CONFIDENTIAL-ATTORNEYS EYES ONLY BAC/ARC0000452

hoy, a las diecisiete horas en primera convocatoria y a las diecisiete horas y treinta minutos, en segunda, con el siguiente orden del dia:—————

A). Para la Sociedad, "Compañia Azucarera Progreso, S.A:":—————

1°.- Cambio de domicilio social.—————

2°.- Redacción y formulación de los Estatutos de la Compañia.—————

3°.- Remoción del Consejo de Administración.—————

4°.- Ruegos y Preguntas.—————

B).-Para la Sociedad "Jose Arechabala, S.A.":—

1°.- Cambio de domicilio social.—————

2°.- Modificación de Estatutos Sociales.—

3°.- Renovación del Consejo de Administración.—————

4°.- Ratificación del Balance General de la Compañia al 31 de diciembre de 1.958.—————

5°.- Posibilidad de exclusión de socios y consecuencias que puedan derivarse .—————

6°.- Ratificación de las actuaciones

CONFIDENTIAL-ATTORNEYS EYES ONLY BAC/ARC0000451

realizadas hasta la fecha por el Consejo de estas
Compañia y por Agasacuba.————————————

      7°.- Ruegos y Preguntas.————————————

      Yo, el Notario, acepto el requerimiento que
se me formula, del que daré cuenta en diligencia
posterior, advirtiendo de manera especial al compare-
ciente que la presente acta notarial no tiene carác-
ter de acta de la Junta, por ho haberse acreditado el
cumpliento de los requisitos legales y reglamentarios
imprescindibles para este tipo de actas.————————

      Leo, por su opción, la presente acta al
compareciente, que la encuentra conforme y firma
conmigo, el Notario, que de todo lo en ella contenido
y de que la misma se extiende sobre dos folios de
papel del Timbre del Estado, exclusivos para documen-
tos Notariales, serie 2A., numeros 1.370-252 y el
presente, yo , el Notario, doy fe. ————————————
Está la firma del compareciente. Signado, rubricado
y firmado: J. de Lucas y Cadenas. Sellado.————————
DILIGENCIA.-Para hacer constar que siendo las dieci-
siete horas del mismo día me persono,yo el Notario en
el lugar a  que se refiere el presente requerimiento-
,en donde CONSTATO:————————————————————

      Que toma la palabra el señor requirente,manifes-
tando dar comienzo a la reunión de la Junta General

CONFIDENTIAL-ATTORNEYS EYES ONLY BAC/ARC0000450



de la entidad COMPAÑIA AZUCARERA PROGRESO,S.A.,estan-
do presentes y representados,los que figuran en la
lista que el Secretario de la Junta Don Jacobo
Sartorius Lavalle me entrega para incorporar a esta
matriz como documento unido,manifestando no aceptar
la condición de socio de los herederos del Sr. Abiega
ya que no constan como tales por lo que no pueden
votar en la Junta,aunque ello no obsta para que se
les comuniquen todas las convocatorias y actos
societarios hasta que se aclare este punto.Asimismo
me hace entrega para incorporar a esta matriz como
documento unido los poderes alegados y escrituras de
apoderamiento,de los que extraigo fotocopia que
incorporo a esta matriz como documento unido.Se
encuentran también presentes,el Sr.Don Oscar Garibal-
di,de la Compañía Bacardi y Don Miguel Moscardo,Abo-
gado de la familia Arechabala.El Presidente de la
Junta Don Jose Maria Arechabala Arechabala,toma la
palabra y manifiesta que sea el Secretario de la
Junta Don Jacobo Sartorius el que de lectura al orden
del día y así en relación al primer punto,manifiesta

CONFIDENTIAL-ATTORNEYS EYES ONLY BAC/ARCO000449

que dado que el domicilio de la sociedad se encuentra en Cuba,no nos podemos reunir allí,pero sí en España,y en concreto en Madrid,ya que es donde se encuentra la mayoria de socios y es conveniente que todo se haga en un domicilio conocido,como puede ser este donde nos encontramos.Se somete a votación y se aprueba por unanimidad de todos los socios presentes y representados que se delegue en el Consejo de Administración para que pueda desarrollar los trabajos necesarios para estudiar la conveniencia de cambiar la nacionalidad y domicilio de la sociedad;hasta entonces,se traslada el domicilio de la sociedad a Madrid,Plaza de San Juan de La Cruz 1,octavo izquierda.—————————————————

Respecto del segundo punto del orden del día,Redacción y formulación de los Estatutos de la Compañía,señala el Secretario que será en la próxima Junta donde se resuelva esta problematica;hasta entonces se aplicarán los vigentes,con la variante de la publicación de la convocatoria y propone que se haga una publicación en dos periodicos a nivel nacional de España,dándose por convocados los aquí presentes y al resto ,ausentes,convocarlos por telegrama con acuse de recibo.Propone ratificar los antiguos estatutos de la Compañía Azucarera Progreso,S.A. y no los conoce-

CONFIDENTIAL-ATTORNEYS EYES ONLY BAC/ARCO000448

mos,pero sí conocemos,salvo que nos llegue el docu-
mento que los refleje,el de la sociedad Jose Arecha-
bala,S.A. proponiendo la aceptación de estos con las
salvedades mencionadas;a tal efecto,me hace entrega
para incorporar a esta matriz como documento unido
los estatutos de José Arechabala,S.A. que constan en
una certificación expedida por Doña Maria Teresa
Clark Betancourt,Directora del Archivo Hisatorico
municipal de Cardenas,expedido a los veinte días del
mes de Julio de mil novecientos noventa y seis,exten-
dido sobre veinte folios con sello y firma al margen
y al pie del último de elos,redactado por la primera
de sus caras.Se somete a votación siendo aprobada la
propuesta por unanimidad de todos los socios presen-
tes y representados.————————————————————

Respecto al tercer punto del orden del día,
Remoción del Consejo de Administración ,pone de
relieve el Secretario que el Consejo puso a disposi-
ción de la Junta los cargos,por lo que tiene que
nombrarlos y dado que es poco operativo propone
reducirlos a cuatro miembros.Se aprueba por unanimi-

CONFIDENTIAL-ATTORNEYS EYES ONLY BAC/ARCO000447

dad la propuesta y se designa nuevo Consejo de Administración integrado por las siguientes personas:Don Jose Maria Arechabala Arechabala,Don Gabriel Malet Bustamante;don Luis Arechabala Cifuentes y Don Carlos Pita Ruiz,y asimismo se acuerda designar a un Secretraio no Consejero en la persona del Secretario de la Junta,Don Jacobo Sartorius Lavalle,cuyos cargos son aceptados por todos ellos .En ese momento los miembros del Consejo,deciden dar a ese acto el caracter de reunión del Consejo de Administración y acvuerdan distribuir los cargos del siguiente tenor:————————————————————————————————————————

PRESIDENTE:DON    JOSE    MARIA    ARECHABALA ARECHABALA.————————————————————————————————————————

VICEPRESIDENTE:DON GABRIEL MALET BUSTAMANTE.—————————————————————————————————————————————

TESORERO:DON LUIS ARECHABALA CIFUENTES.——

VOCAL:DON CARLOS PITA RUIZ.——————————————

SECRETARIO NO CONSEJERO:DON JACOBO SARTORIUS LAVALLE-COBO.————————————————————————————

Todos los miembros aceptan el cargo de administrador y el cargo para el que han sido elegidos  y acuerdan delegar el voto en los acuerdos de la Junta general de Jose Arechabala,S.A. que se v a celebrar a continuación en la persona de su presiden

CONFIDENTIAL-ATTORNEYS EYES ONLY BAC/ARC0000446



te,Don Jose Maria Arechabala Arechabala.─────────

    El Presidente de la Junta,tras comprobar que no hay ruegos ni preguntas da por concluída la reunión.────────────────────

    A continuación y sin solución de continuidad tiene lugar la reunión de la Junta general de la entidad JOSE ARECHABALA,S.A..Presidente y secretario de la Junta son los mismos que en la anterior reunión y miembros asistentes por sí y en las representaciones alegadas las mismas que en la anterior Junta,que consta en la presente,y cuyos poderes e incorporrado a esta matriz como documento unido,y además en nombre y representación de COMPAÑIA AZUCARERA PROGRESO,S.A. su presidente,Don Jose Maria Arechabala Arechabala.Se acepta por la mesa a los accionistas presentes y representaciones alegadas según lista de asistentes que me entrega el Secretario de la Junta e incorporo a esta matriz como documento unido.Respecto a los herederos del Sr. Abiega manifiesta que por ahora no les consta a al sociedad su condición de socios y por tanto no pueden votar en la presente Junta,sin

CONFIDENTIAL-ATTORNEYS EYES ONLY BAC/ARCO000445

perjuicio de que se les comunique las convocatorias y actos societarios hasta que se aclare este punto.·

Toma la palabra el Secretario, cedida por el Presidente y en relación a los tres puntos primeros del Orden del Día, hace las mismas propuestas que en la reunión anterior siendo aprobadas por unanimidad de todos los socios presentes y representados, dándose por reproducidos todos los acuerdos mencionados.——

En cuanto al cuarto punto del orden del día, relativo a la ratificación del Balance General de la Compañía al 31 de Diciembre de 1.958, propone que se apruebe solamente lo relacionado con los derechos y acciones sobre el activo y respecto al pasivo señala que algo habrá que hacer si volvemos a Cuba y existen acreedores que pueden alegar titulo válido y no prescrito; en todo caso dada la importancia y dificultad de este punto propone su estudio en otra futura Junta que se celebre. La propuesta es aceptada por unanimidad de todos los socios.——————

Respecto al punto relativo a la exclusión de socios, por parte del Secretario se pone de manifiesto que si tenemos que convocar mas Juntas y puede haber voces discrepantes, a los representados y a los convocados y que no estén de acuerdo, cuando es esencial reconstruir la Compañía, hay que hacer los

CONFIDENTIAL-ATTORNEYS EYES ONLY BAC/ARCO000444



retoques necesarios en los estatutos para que si no

hacen lo psible para reconstruir la sociedad,puedan

excluírse o separarse como socios de Jose Arechaba-

la,S.A..────────────────

Respecto al sexto punto del orden del día,pone

de relieve el Secretario que se ha venido reuniendo

el Consejo varias veces,anteriormente en esta casa y

de Agasacuba se han levantado varias actas sobre

nombramientos y negociaciones con Bacardi.Por otra

parte Agasacuba se disolverá.Por parte de todos los

socios asistentes y representados se aprueba por

unanimidad y se ratifican las actuaciones realizadas

hasta la fecha por el Consejo de estas Compañías y la

disolución de Agasacuba.────────────

No hay ruegos ni preguntas por lo que el Presi-

dente da por finalizada la reunión,siendo las dieci-

nueve horas.────────────────

No teniendo nada mas que hacer constar,doy por

terminada esta diligencvia,que redacto en mi estudio

con las notas tomadas sobre el terreno,extendida

sobre cuatro folios de papel del Timbre del Estado,

CONFIDENTIAL-ATTORNEYS EYES ONLY BAC/ARC0000443

exclusivo para documentos Notariales, serie 2A.,
números, 5.330.437 y los tres siguientes en orden
descendente correlativos, yo, el Notario, doy fe.
Signado: F.J. de Lucas y Cadenas. rubricado y sella-
do.————————————————————————

————————————DOCUMENTOS UNIDOS————————————

------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------

CONFIDENTIAL-ATTORNEYS EYES ONLY BAC/ARC0000442



TRANSPERFECT

TRANSLATIONS

THREE PARK AVENUE
39TH FLOOR
NEW YORK, NY 10016
TEL: 212-689-5555
FAX: 212-689-1059

City of New York, State of New York, County of New York

I, Luis Soto, hereby certify that the following is, to the best of my

knowledge and belief, a true and accurate translation of the attached documents

from Spanish into English.

BAC / ARC0000565, BAC / ARC0000567, BAC / ARC 0000568, BAC / ARC0000569, BAC / ARC
0000572, BAC / ARC0000573, BAC / ARC0000574, BAC / ARC0000575, BAC / ARC0000577, BAC /
ARC000579, BAC / ARC000352 - BAC / ARC0000361, BAC / ARC0000438, BAC / ARC0000440,
BAC /ARC0000442, BAC / ARC0000444, BAC / ARC0000446, BAC / ARC0000448, BAC /
ARC0000450, BAC / ARC0000452, BAC / ARC0000561, BAC / ARC0000562, BAC / ARC0000061 -
BAC / ARC0000069, BAC / ARC 0000365, BAC/ ARC0000391 - BAC / ARC0000399, BAC /
ARC0000059, BAC / ARC0000060, BAC / ARC00000366, BAC / ARC0000367, BAC / ARC0000369 -
BAC / ARC0000390, BAC / ARC0000472 - BAC / ARC0000488, BAC / ARC0000021, BAC /
ARC0000022, BAC / ARC0000442 - BAC / ARC0000453, BAC / ARC0000325 - BAC / ARC0000335

_____
Signature

Sworn to before me this

30th day of July, 1998.

_____
Signature, Notary Public

_____
Stamp, Notary Public

NEW YORK • LOS ANGELES • CHICAGO • SAN FRANCISCO • WASHINGTON, DC • BOSTON • MIAMI • DALLAS • ATLANTA

[stamp:] NOTARY OFFICE OF LUCAS Y CADENAS
N.IF.: E-[illegible]
C/ Miguel Angel 13-2
Telephone: 308 46 11- Fax: 308 47 38
28010 MADRID

[seal:] NOTARY OFFICE OF JAVIER DE LUCAS Y CADENAS
MADRID

[stamp:] SINGLE COPY

<u>CERTIFICATE OF APPEARANCE</u>

NUMBER: TWO HUNDRED TWENTY-NINE.

IN MADRID, my residence, on the twenty-fifth of February of nineteen hundred ninety-seven.

Before me, JAVIER DE LUCAS Y CADENAS, Notary in this Capital and member of the Notarial Association.

<u>THERE APPEARS:</u>

MR. JOSE-MARIA ARECHABALA ARECHABALA, of legal age, of Cuban nationality, legally separated, an Industrialist and resident of Madrid, domiciled at Plaza de San Juan de la Cruz 1; bearer of the residency card No. 0-0104565-F, issued in Madrid, by the Superior Police Commissioner's Office and in force.

HE INTERVENES as First Vice President of the Board of Directors, as he declares, of the Cuban Company "JOSE ARECHABALA, S.A." and President of the Board of Directors of the Cuban Company "COMPAÑIA AZUCARERA PROGRESO, S.A."

As such, in my opinion, he has legitimate interest

CONFIDENTIAL - ATTORNEYS EYES ONLY BAC / ARC0000453

to execute this CERTIFICATE OF APPEARANCE and, for this purpose,

HE STATES:

    I.- That the positions he alleges in said Cuban Companies arise from his legitimate appointment by the shareholders' Meetings of both companies before their expropriation by the Castro administration.

    II.- That, in his indicated capacity, he called by various means the shareholders of the aforementioned Companies to a meeting in Madrid, due to the double circumstance of the political situation which is continuing in Cuba, and due to the fact that most of the legitimate partners of said companies currently live in Spain.

    III.- That, for this purpose,

HE ASKS ME,

the notary, to go to Plaza de San Juan de la Cruz, 1 in this Capital, and note for the record, only for the purposes of his accreditation, the result of the decisions adopted by the Special Shareholders' Meetings of said Companies.

    Both said Meetings shall be held today,

CONFIDENTIAL - ATTORNEYS EYES ONLY BAC / ARC0000452

at five P.M. on first call and at five-thirty P.M. on second call, with the following agenda:

A). For the Company "Compañía Azucarera Progreso, S.A.:"

    1.- Change of corporate domicile.

    2.- Drawing up and formulation of the Bylaws of the Company.

    3.- Dismissal of the Board of Directors.

    4.- Requests and questions.

B). For the Company "José Arechabala, S.A.:"

    1.- Change of corporate domicile.

    2.- Amendment of the Corporate Bylaws.

    3.- Renewal of the Board of Directors.

    4.- Approval of the General Balance Sheet of the Company at December 31, 1958.

    5.- Possibility of excluding partners and possible consequences.

    6.- Approval of the acts

CONFIDENTIAL - ATTORNEYS EYES ONLY BAC / ARC0000451

performed to date by the Board of these Companies and by Agasacuba.

    7.- Requests and questions.

    I, the Notary, accept the request made to me, on which I will report in a subsequent document, warning the declarant in particular that this notarial act does not have the character of minutes of the Meeting, because it has not been proven that the legal and statutory requisites mandatory for such minutes were fulfilled.

    I read this act to the declarant, by his choice, and he finds it correct and signs with me, the Notary, who certifies all of its content and the fact that it is issued on two sheets of paper bearing the State Stamp exclusive for Notarial documents, series 2A., numbers 1.370-252 and this one, as I, the Notary, certify.

This signature of the declarant is apposed. Stamped, initialed and signed: J. de Lucas y Cadenas. Sealed.

ACTION.- I note for the record that, at five P.M. of the same day, I, the Notary, travel to the place referred to in this request, where I NOTE:

    That the floor is taken by the declarant, who states that he opens the session

CONFIDENTIAL - ATTORNEYS EYES ONLY BAC / ARC0000450

[seal:] NOTARY OFFICE OF JAVIER DE LUCAS Y CADENAS
MADRID

of the Shareholders' Meeting of COMPAÑIA AZUCARERA PROGRESO, S.A., being present and represented those who appear on the list delivered to me to enclose with this original as a joined document, by the Secretary of the Meeting, Mr. Jacobo Sartorius Lavalle; he states that he does not accept as partners the heirs of Mr. Abiega, because they do not appear as such, so that they may not vote in the Meeting, although this does not prevent them from being sent all of the invitations and corporate acts, until this point is clarified. Furthermore, he delivers to me in order to enclose with this original as a joined document, the declared powers of attorney and letters of representation, of which I make a photocopy which I enclose with this original as a joined document. Also present are Mr. Oscar Garibaldi, from the Bacardi Company and Mr. Miguel Moscardo, Lawyer of the Arechabala family. The President of the Meeting, Mr. José María Arechabala Arechabala takes the floor and declares that the Secretary of the Meeting is Mr. Jacobo Sartorius, who reads the agenda and, concerning the first item, declares

CONFIDENTIAL - ATTORNEYS EYES ONLY BAC / ARC0000449

that since the domicile of the company is in Cuba, we cannot meet there, but we can meet in Spain, specifically in Madrid, because that is the location of most partners, and it is convenient for everything to be done in a known domicile, such as this where we find ourselves. Authorization for the Board of Directors to perform the work necessary to study the convenience of changing the nationality and domicile of the company to Madrid, Plaza de San Juan de La Cruz 1, eighth floor to the left is submitted to vote and unanimously approved by all the partners present and represented.

Concerning the second item on the agenda, Drawing up and formulation of the Bylaws of the Company, the Secretary indicates that the next Meeting will resolve this problem; until then, the current Bylaws will apply, with the variation of the publication of the invitation to the meeting and he proposes to publish it in two national newspapers of Spain, considering that those present are invited, while the remaining absent ones will be invited by telegram with acknowledgment of receipt. He proposes to ratify the old bylaws of the Company Azucarera Progreso, S.A., of which we have no knowledge;

CONFIDENTIAL - ATTORNEYS EYES ONLY BAC / ARC0000448

but we do have knowledge, subject to the receipt of the document containing them, of the bylaws of the company José Arechabala, S.A. He proposes to accept the latter, with the mentioned reservations; for this purpose, he gives me, to incorporate in this original as a joined document, the bylaws of José Arechabala, S.A., which consist of a certification issued by Mrs. María Teresa Clark Betancourt, Director of the municipal Historic Archive of Cárdenas, issued on the twentieth day of July, nineteen hundred ninety-six, on twenty sheets with seal and signature in the margin and at the foot of the last one, written on the face of the sheets. The proposal is submitted to vote, and is unanimously approved by all partners present and represented.

Concerning the third item on the agenda, Dismissal of the Board of Directors, the Secretary indicates that the Board made the positions available to the Meeting, so that it must make appointments; since this is counterproductive, he proposes to reduce it to four members. The proposal is unanimously approved,

CONFIDENTIAL - ATTORNEYS EYES ONLY BAC / ARC0000447

and the new Board of Directors is designated, made up of the following persons: Mr. José María Arechabala Arechabala, Mr. Gabriel Malet Bustamante, Mr. Luis Arechabala Cifuentes and Mr. Carlos Pita Ruiz; furthermore, it is decided to designate a Secretary who is not a member of the Board, in the person of the Secretary of the Meeting, Mr. Jacobo Sartorius Lavalle, which positions are accepted by all of them. At that time, the members of the Board decide to give this act the character of meeting of the Board of Directors, and decide to distribute the positions as follows:

    PRESIDENT: MR. JOSE MARIA ARECHABALA ARECHABALA.
    VICE PRESIDENT: MR. GABRIEL MALET BUSTAMANTE.
    TREASURER: MR. LUIS ARECHABALA CIFUENTES.
    MEMBER: MR. CARLOS PITA RUIZ.
    NON-MEMBER SECRETARY: MR. JACOBO SARTORIUS LAVALLE-COBO.

All the members accept the position of administrator and the position for which they were elected, and decide to delegate the vote in the decisions of the Shareholders' Meeting of José Arechabala, S.A. which will be held next, to its president,

CONFIDENTIAL - ATTORNEYS EYES ONLY BAC / ARC0000446

Mr. José María Arechabala Arechabala.

After noting that there are no requests and questions, the President of the Board declares the meeting adjourned.

Next, without interruption, the shareholders' Meeting of the company JOSE ARECHABALA, S.A. is held. The president and the secretary of the Meeting are the same as in the previous meeting, and the attending members, on their own behalf and in the alleged representations, are the same as in the previous Meeting, as indicated in this act, and whose powers of attorney I have enclosed with this original as a joined document; plus, on behalf and in representation of COMPAÑIA AZUCARERA PROGRESO, S.A., its president, Mr. José María Arechabala Arechabala. The dais accepts the shareholders present and the alleged representations, according to the attendance list delivered to me by the Secretary of the Meeting, which I enclose with this original as a joined document. Concerning the heirs of Mr. Abiega, he states that, for now, the company does not recognize their capacity as partners, and therefore they may not vote in this Meeting,

CONFIDENTIAL - ATTORNEYS EYES ONLY BAC / ARC0000445

although they will be sent invitations to meetings and corporate acts until this point is clarified.

The secretary takes the floor, given to him by the President and, concerning the first three items on the Agenda, he makes the same proposals as in the previous meeting, and they are unanimously approved by all the partners present and represented, deeming all said decisions as reproduced.

As for the fourth item on the agenda, concerning the approval of the General Balance Sheet of the Company at December 31, 1958, he proposes to approve only the aspects related to the rights and actions on the assets, while concerning the liabilities he indicates that something must be done if we return to Cuba, and there are creditors who may allege a valid, unexpired right; in all events, in view of the importance and difficulty of this item, he proposes that it be studied in a future Meeting to be held. The proposal is unanimously accepted by all the partners.

Concerning the item related to the exclusion of partners, the secretary indicates that, if we are to call more Meetings, and there may be persons who think otherwise than those represented and those called and who disagree, when it is essential to rebuild the Company, the necessary

CONFIDENTIAL - ATTORNEYS EYES ONLY BAC / ARC0000444

amendments must be made in the bylaws so that, if they do not do everything possible to rebuild the company, they may be excluded or eliminated as partners of José Arechabala, S.A.

Concerning the sixth item on the agenda, the Secretary indicates that the Board has met several times before, in this house, and at Agasacuba several minutes have been drawn up concerning appointments and negotiations with Bacardi. On the other hand, Agasacuba will be dissolved. All the partners attending and represented unanimously approve and confirm the acts performed to date by the Board of these Companies and the dissolution of Agasacuba.

There are no requests or questions, so that the President adjourns the meeting at seven P.M.

Since there are no other facts to note, I end this act, which I draw up in my office with the notes taken on site, and which is issued on four sheets with the Government Stamp

CONFIDENTIAL - ATTORNEYS EYES ONLY BAC / ARC0000443

exclusively for Notarial use, series 2A., numbers 5.330.437 and three following ones, in descending order, in sequence, I, the Notary, certify.
Signed: F.J. de Lucas y Cadenas, initialed and sealed.

<u>JOINED DOCUMENTS</u>

CONFIDENTIAL - ATTORNEYS EYES ONLY BAC / ARC0000442