# Exhibit 15

# BACARDI & COMPANY LIMITED

P. O. BOX 838 · NASSAU · BAHAMAS
TELEPHONE: 3-6211 · CABLE: BACARDI · TELEX: NS-132

20th. February 1974.

Mr. Ramon Arechabala,
5720, S.W.14th.Street,
Miami, Fla. 33144.
U. S. A.

Dear Ramon,

After visiting you I have received a Financial Report of the Company in New York that has registered the Havana Club Trade Mark. Now I am waiting for a Trade Report to see if they have put this brand on to the market, that is, if they are effectively in business under the Havana Club label. As soon as this information is complete I will get in touch with you.

Cordially yours,

Orfilio Pelaez.

OP/ML.
cc C.B.

EXHIBIT
NO. 6    DATE 1-28-98
MARC NICHOLS, RPR

**BACARDI – THE WORLD'S GREAT RUM**
BACARDI AND THE BAT DEVICE ARE REGISTERED TRADEMARKS OF BACARDI & COMPANY LIMITED.

BAC 01590
CONFIDENTIAL-ATTORNEYS' EYES ONLY