# Exhibit 19


PLAINTIFF'S EXHIBIT 381 (Blumberg No. 5113)

## VENTAS DE RON HAVANA CLUB
### CAJAS DE 9 LITROS

| PAIS | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RDA | 14,444 | 5,155 | 17,267 | 9,687 | 16,622 | 19,122 | | | | | | | | 793 | 491 |
| CHECOSLOVAQUIA | 6,567 | 1,411 | 933 | 6,278 | 3,633 | 12,644 | 2,067 | | | | | | | | |
| YUGOSLAVIA | 1,767 | | | | 567 | 822 | 3,467 | 789 | 400 | | | | | | |
| HUNGRIA | 10,422 | 20,200 | 16,011 | 4,933 | 8,222 | 8,222 | | | | 1,074 | 1,819 | | | | |
| POLONIA | 30,458 | 3,789 | 40,178 | 38,311 | 15,622 | 12,267 | 3,269 | | | | | | | | 932 |
| BULGARIA | 27,589 | 17,289 | 62,687 | 16,411 | 20,556 | 25,211 | 1,644 | | | | | 2,030 | 299 | | |
| RUMANIA | 53,333 | 7,922 | 29,289 | 110,889 | 70,300 | 54,100 | 70,711 | | | | | | | | 3,694 |
| URSS | 188,267 | 136,711 | 380,411 | 167,922 | 67,322 | 119,822 | 67,433 | 14,800 | | | 1,605 | 1,045 | | 858 | 1,361 |
| **EUROPA ORIENTAL** | **332,845** | **192,478** | **526,756** | **354,611** | **202,044** | **252,410** | **148,611** | **15,589** | **400** | **1,074** | **3,424** | **3,075** | **299** | **1,651** | **6,478** |
| TURQUIA | | | | | | | | | | | | | 434 | | |
| ANDORRA | | | | | | | 1,733 | 611 | 656 | 403 | | 1,808 | 2,466 | 3,481 |
| AUSTRIA | 344 | 800 | 1,922 | 822 | 700 | 400 | 1,578 | 122 | 322 | 1,255 | 1,027 | 1,969 | 1,812 | 1,907 | 3,029 |
| BELLUX | 544 | 489 | 633 | 267 | 767 | 667 | 289 | 789 | 178 | 402 | 93 | 558 | 2,610 | 1,120 | 3,122 |
| DINAMARCA | 211 | 233 | 278 | 267 | 178 | 78 | 311 | 233 | 367 | 194 | 341 | 871 | 1,747 | 1,503 | 3,352 |
| DUTY FREE | 56 | 222 | 333 | 458 | 333 | 611 | | | | | 890 | 4,610 | 3,129 | 3,990 | 4,780 |
| ESPAÑA | 789 | 2,211 | 7,200 | 21,722 | 7,267 | 4,778 | 11,867 | 26,022 | 58,911 | 82,358 | 97,421 | 137,432 | 164,916 | 192,288 | 187,735 |
| FINLANDIA | 1,000 | 1,378 | 1,711 | 1,000 | 1,300 | 400 | 1,856 | | 48 | 233 | 689 | 896 | 808 | 992 | 1,186 |
| FRANCIA | 1,687 | 69 | 1,789 | | | 133 | 644 | | 1,911 | 2,211 | 7,796 | 5,786 | 14,001 | 14,309 | 25,721 |
| GIBRALTAR | | | | 44 | | | 33 | 56 | 69 | | 149 | 188 | 178 | 271 | 125 |
| HOLANDA | 22 | 33 | 1,433 | 2,444 | 233 | 878 | 1,689 | 1,144 | 1,155 | | 1,027 | 713 | 4,094 | 1,875 | 932 |
| I CANARIAS | 13,789 | 3,267 | 26,889 | 16,444 | 23,611 | 21,889 | 33,833 | 26,544 | 23,767 | 32,119 | 24,040 | 34,496 | 3,138 | | |
| ITALIA | 6,989 | 4,456 | 10,289 | 4,189 | 6,433 | 7,811 | 7,611 | 7,400 | 15,644 | 15,978 | 27,951 | 33,326 | 72,894 | 63,196 | 133,175 |
| PORTUGAL | 222 | 44 | 800 | | | | | | | | | 225 | 3,845 | 3,220 | 1,901 |
| RFA | 22 | 2,400 | 2,644 | 3,700 | 7,433 | 5,233 | 6,022 | 15,889 | 15,759 | 29,064 | 15,399 | 21,000 | 39,897 | 58,211 | 58,461 |
| R UNIDO | 633 | 558 | 22 | 1,022 | 200 | 200 | 1,622 | 2,656 | 2,167 | 179 | 1,712 | 3,419 | 5,269 | 2,317 | 3,114 |
| SUECIA | 1,011 | 400 | | | 56 | 11 | | | | 986 | | 112 | 1,083 | 652 | 1,505 |
| SUIZA | | | | | 89 | | | | | | 972 | | | 2,384 | 2,887 |
| GRECIA | 600 | | | | | 456 | | 2,122 | 2,211 | | | 1,780 | 2,013 | 2,343 | 6,222 |
| IRLANDA | | | | | | | | | | | | 2,101 | 27 | 51 | 1,086 |
| CHIPRE | | | | 200 | | | | | | | | | | | |
| NORUEGA | | | | | | | | | | | | | 99 | 587 | 360 |
| **EUROPA OCC** | **27,899** | **16,578** | **55,943** | **52,577** | **48,600** | **43,446** | **69,089** | **83,688** | **121,182** | **165,882** | **179,307** | **248,483** | **323,198** | **353,672** | **442,173** |
| **EUROPA** | **360,544** | **209,056** | **582,699** | **407,188** | **250,644** | **296,856** | **217,899** | **99,277** | **121,582** | **166,484** | **182,731** | **252,558** | **323,497** | **355,323** | **448,651** |
| ANT HOLANDESA | | 311 | | 411 | | | | | | | | | | | |
| ARGENTINA | | | 1,322 | | | 22 | | | | 2,142 | 1,071 | 1,871 | 5,255 | 6,425 | 7,525 |
| BRASIL | | | | | | 233 | | | | | | | 2,101 | 2,000 | 1,100 |
| BOLIVIA | | | | 1,733 | 3,089 | 4,100 | 18,089 | 22,467 | 15,589 | 18,207 | 12,089 | 18,541 | 11,676 | 16,152 | 13,190 |
| CANADA | 8,289 | 2,767 | 10,389 | 5,989 | 4,367 | 3,489 | | 18,056 | 12,876 | 18,461 | 15,080 | 13,101 | 12,725 | 14,559 | 15,925 |
| CHILE | | | | | | | 11 | 3,178 | 200 | 1,861 | | 959 | 3,213 | 2,200 | 3,300 |
| COLOMBIA | | | | | | | 367 | 2,067 | 4,033 | | | 66 | 1,061 | 2,152 | 3,271 |
| COSTA RICA | | | | | | 7,322 | | | | | | | | | |
| ECUADOR | | | 1,644 | | 8,222 | 8,222 | | 2,000 | 4,000 | | 16,000 | 11,733 | | | |
| G.CAIMAN | | | | | | | | | 178 | | 122 | | | | |
| MEXICO | 200 | 300 | 1,300 | | 8,678 | 6,700 | 60,678 | 43,089 | 8,367 | 59,976 | 58,008 | 20,466 | 16,224 | 48,806 | 51,263 |
| NICARAGUA | | 1,400 | 3,800 | 5,100 | 5,089 | 4,200 | 33 | 11 | | | | | | | |
| PANAMA | 16,689 | 211 | 3,156 | 5,556 | 3,622 | 1,122 | 1,844 | 21,911 | 8,000 | 11,721 | 5,043 | 6,264 | | 2,950 | 950 |
| PARAGUAY | | | | | | | | | | | | 3,101 | | 1,071 | |
| PERU | 3,467 | | 2,467 | | | | 822 | | 1,000 | 4,631 | 3,213 | 6,304 | 7,800 | | 3,270 |
| R DOMINICANA | | | | | | | | | | | | 900 | 4,053 | | |
| URUGUAY | | | | 58 | | 389 | | | | | | | | | 2,000 |
| VENEZUELA | | | | | | 44 | 9,989 | 4,833 | | | | | 4,137 | 4,233 | 811 |
| **CARIBE AMERICA** | **28,645** | **4,989** | **23,878** | **18,846** | **31,067** | **35,843** | **91,833** | **117,712** | **52,245** | **118,999** | **111,616** | **85,458** | **64,192** | **96,548** | **102,804** |
| CHINA | | | | | | | 44 | | | | | | | | |
| R P COREA | | | | 2,878 | | | | | | | | | | | |
| VIET NAM | | | | | 2,967 | 2,468 | | | | | | 1,071 | 4,093 | 4,530 | 3,200 |
| JAPON | 4,167 | 3,122 | 12,689 | 1,089 | 7,833 | 8,367 | 1,822 | 11 | | | 900 | 726 | 419 | 1,375 | 200 |
| SUDESTE ASIATICO | | | | | | | | | | | | | | | |
| **SUD ESTE ASIA** | **4,167** | **3,122** | **12,689** | **3,967** | **10,800** | **10,833** | **1,966** | **11** | | | **900** | **1,797** | **4,512** | **5,905** | **3,400** |
| AUSTRALIA | | | | | | | | | | | | 1,071 | | | |
| IRAQ | | | | | | | 422 | | | | 1,071 | | | | |
| SRI LANKA | | 67 | | | | | | | | | | | | | |
| YEMEN SUR | 300 | | 300 | | | | | | | | | | | | |
| ARGELIA | | 56 | 22 | 211 | | | | | | | | | | | |
| ANGOLA | 5,056 | 27,689 | | | | 14,800 | | | | | | | | | |
| GHANA | | | | | 811 | | | | | | | | | | |
| UGANDA | | | | | 1,689 | | | | | | | | | | |
| CONGO | | | | 458 | 156 | | | | | | | | | | |
| CABO VERDE | | | | 4,544 | | 10,300 | 5,687 | | 2,956 | | | 2,000 | | | |
| S LEONA | | 111 | | | | | | | | | | | | | |
| SUDAFRICA | | | | | | | | | | | | 8 | 5,425 | | |
| **OTROS** | **5,356** | **27,923** | **322** | **5,211** | **2,586** | **25,100** | **6,069** | | **2,956** | | **1,071** | **3,079** | **5,425** | **0** | **0** |
| **EXPORTACION** | **397,012** | **245,090** | **619,528** | **435,211** | **295,167** | **367,831** | **317,357** | **217,000** | **176,783** | **283,485** | **295,217** | **343,892** | **395,427** | **459,724** | **554,555** |
| **CUBA** | | | | | | | | | | | **166,632** | **100,395** | **202,786** | **242,621** | **253,586** |
| **VENTAS TOTALES** | | | | | | | | | | | **462,849** | **444,287** | **601,413** | **702,347** | **808,541** |