# Exhibit 20

December 14, 1993

Mr. Ramon Arechabala
1262 S.W. 21st Street
Miami, Florida, U.S.A. 33145
Phone:(305)856-8188

Mr. Patrick Ricard
Pernod Ricard SA
142 Boulevard Haussmann
75008 Paris, France

Dear Mr. Ricard:

    Members of my family and I were most concerned to learn recently that Pernod Ricard has entered into an agreement with the Communist regime of Cuba, by which Pernod Ricard will act as worldwide distributor for products sold under the Havana Club label.

    The Havana Club trademark is owned, as it has been for 60 years, by me and members of my family, and was registered by Jose Arechabala S.A. worldwide. The trademark was confiscated by the Castro regime in 1959, without the payment of any compensation.

    The purpose of this letter is to give notice that it is our position, supported by expert legal advice, that the Havana Club trademark continues to be our lawful property, and that any one who infringes the trademark under a purported agreement with the Castro regime will incur liability to us under applicable law. Once the rule of law and representative government are restored in Cuba, we intend to take every appropriate step both to recover possession of our property and also to seek appropriate compensation from those who have exploited and misused those properties when we were deprived of their possession.

    Under both Cuban law and international law, confiscation of property without compensation is unlawful. Castro's confiscations were carried out in violation of the Cuban Constitution of 1940. Prior and subsequent purported constitutional changes were unlawfully adopted and therefore void. Any one purporting to acquire rights under our trademark from Castro is not acting in good faith under well-accepted Cuban and civil-law principles, and is therefore acting at his peril.

    We confidently expect that, under a future democratic government in Cuba, the Constitution of 1940 will be restored and unlawful transactions by the Castro regime will not be recognized by the courts as conveying valid rights.



PLAINTIFF'S EXHIBIT 247

We also expect that the future Cuban legal system will recognize and implement our right to recover damages from any one who has infringed and exploited our property at any time during the Castro regime. We fully intend to claim all such damages that may be recoverable, including unjust enrichment from any profits that may have been realized and damages from unlawful use of trademarks, plus interest and punitive damages.

That we are not alone in these views will be apparent from "Cuba--Open Letter to Foreign Investors", dated May 1992, which was subscribed by the leading representatives of Cuban democratic opinion. A copy is enclosed.

In addition, we are giving serious consideration to commencing litigation in one or more countries in which infringements occur, to protect our interests and vindicate our rights. We are well aware of such infringement actions that have been successfully brought in a number of countries.

Finally, under United States law the U.S. Treasury Department is authorized to treat third-country persons and entities that are deemed to be acting as agents or fronts for the Castro regime as "specifically designated nations" of Cuba, and to prohibit them from doing any business in or with the United States. The Treasury Department has taken such action with respect to European tobacco companies that were acting as distributors for the Castro regime. By engaging in similar conduct, Pernod Ricard is exposing itself to the risk of such treatment.

Very Truly Yours,

Ramon Arechabala

CONFIDENTIAL ATTORNEYS EYES ONLY   PRADO   0000178