IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BACARDI & COMPANY LIMITED,<br><br>and<br><br>BACARDI U.S.A., INC.,<br><br>      Plaintiffs,<br><br> v.<br><br>EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT,<br><br>and<br><br>HAVANA CLUB HOLDING, S.A., d/b/a HCH, S.A.,<br><br>      Defendants. | Case No. 1:04-cv-00519 (EGS) |

**NOTICE OF FILING OF DOCUMENTS
PREVIOUSLY SUBMITTED UNDER SEAL**

On April 29, 2016, Defendants filed a Motion [Dkt. 123] for leave to file under seal Defendants' Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgment, Statement of Material Facts and Declaration of Charles W. Baxter with its exhibits, and submitted redacted versions [Dkt. 124] of said documents on the public record, pending the Court's ruling on the motion to seal. Undersigned counsel for Defendants subsequently conferred with counsel for Plaintiffs, who have informed us that Plaintiffs agree to the filing of the documents unsealed on the public record.

Accordingly, by separate notice submitted today, Defendants have withdrawn their motion to seal.

Therefore, PLEASE TAKE NOTICE that Defendants are filing herewith unsealed and unredacted copies of Defendants' Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgment, Statement of Material Facts and Declaration of Charles W. Baxter with its exhibits.

Dated:   May 25, 2016

    Respectfully submitted,

    /s/ David H. Bernstein
David H. Bernstein (admitted *pro hac vice*)
Carl Micarelli (admitted *pro hac vice*)
Charles W. Baxter (admission pending)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, N.Y. 10022
Telephone: (212) 909-6696
Email: dhbernstein@debevoise.com
    cmicarelli@debevoise.com
    cwbaxter@debevoise.com

    /s/ Colby A. Smith
Colby A. Smith (D.C. Bar No. 467266)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
Telephone: (202) 383-8000
Email: casmith@debevoise.com

*Attorneys for Defendants Empresa Cubana Exportadora de Alimentos y Productos Varios and Havana Club Holding S.A.*