# EXHIBIT 12



Case 1:04-cv-00519-EGS   Document 132-12   Filed 07/01/16   Page 2 of 4



