IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BACARDI & COMPANY LIMITED, and BACARDI U.S.A., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS d/b/a CUBAEXPORT,<br><br>Defendant. | Case No. 1:04-cv-00519 (EGS) |

## JOINT MOTION TO STAY ACTION

Plaintiffs Bacardi & Company Limited and Bacardi U.S.A., Inc. ("Bacardi") and Defendant Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a Cubaexport ("Cubaexport"), through their respective attorneys of record, jointly request a stay of this action.

Bacardi's amended complaint seeks cancellation of Cubaexport's registration for the HAVANA CLUB & Design trademark. As explained below, however, this action may become moot if (i) the U.S. Patent and Trademark Office does not renew the registration, or (ii) Bacardi ultimately prevails in its anticipated appeal to the United States Court of Appeals for the Fourth Circuit in its litigation captioned. *Bacardi & Company Limited et al. v. United States Patent and Trademark Office et al.*, Case No. 1:21-cv-1441 (E.D. Va.).

Cubaexport's deadline to submit the necessary application and declaration to the U.S. Patent and Trademark Office seeking renewal of its registration is July 27, 2026. The ability of the U.S. Patent and Trademark Office to consider Cubaexport's renewal application may be affected by the No Stolen Trademarks Honored in America Act of 2023, Pub. L. No. 118-137, 138

Stat. 1649 (2024), enacted on December 1, 2024.  That law amends Section 211 of the Department of Commerce and Related Agencies Appropriations Act, 1999, to provide, in pertinent part:

> No U.S. court ***or entity of the executive branch*** shall recognize, enforce or otherwise validate any-assertion of rights based on common law rights or registration obtained under such section 515.527 of such a confiscated mark, trade name, or commercial name that was used in connection with a business or assets that were confiscated unless the original owner of the mark, trade name, or commercial name, or the bonafide successor-in-interest has expressly consented.

 (Emphasis added.)  All parties reserve their rights as to the interpretation and application of this provision.  Thus, the issues presented by this case may become moot if the trademark registration that is the subject of this litigation is not renewed.

Bacardi also commenced an action against the U.S. Patent and Trademark Office in the Eastern District of Virginia alleging that the USPTO violated the law by renewing Cubaexport's registration in 2016. Cubaexport intervened in that action. The district court recently granted summary judgment to the government and Cubaexport and denied Bacardi's motion for summary judgment. Bacardi intends to appeal. If Bacardi prevails on appeal, the issues presented in the present case may also be mooted.

Thus, given that the present case may be mooted in light of the events described above, the parties have concluded that it is not in the interest of the parties or the Court to continue to expend resources on this case at this time.  The parties therefore respectfully request that the Court stay this action until the earlier of the date Bacardi's appeal to the Fourth Circuit is resolved or July 31, 2026, which is shortly after the renewal deadline for Cubaexport's registration, and vacate all upcoming due dates, without prejudice to the right of any party to move to lift the stay prior to that date in the event of changed circumstances or to continue the stay beyond such date.

A proposed order accompanies this motion.

Dated: March 19, 2025

                Respectfully submitted,

                /s/ Damon Suden
                Michael C. Lynch (admitted *pro hac vice*)
                Damon Suden (admitted *pro hac vice*)
                KELLEY DRYE & WARREN LLP
                3 World Trade Center
                175 Greenwich Street
                New York, NY 10007
                (212) 808-7800
                mlynch@kelleydrye.com
                dsuden@kelleydrye.com

                Emily Johnson Henn (D.C. Bar No. 417077)
                COVINGTON & BURLING LLP
                333 Twin Dolphin Drive, Suite 700
                Redwood Shores, California 94065
                (650) 632-4700
                ehenn@cov.com

                David M. Zionts (D.C. Bar. No. 995170)
                COVINGTON & BURLING LLP
                One CityCenter
                850 Tenth St., NW
                Washington, DC 20001
                (202) 662-5987
                dzionts@cov.com

                *Attorneys for Plaintiffs Bacardi & Company*
                *Limited and Bacardi U.S.A., Inc.*

/s/ David H. Bernstein
David H. Bernstein (D.D.C. Bar No. NY0228;
  New York State Bar No. 2341071)
Michael Schaper (admitted *pro hac vice*)
Carl Micarelli (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
dhbernstein@debevoise.com
mschaper@debevoise.com
cmicarelli@debevoise.com

*Attorneys for Defendant Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a Cubaexport*
